UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cr-147

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WALTER EUBACKA BOYD | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to dismiss the Indictment without prejudice, pursuant to Fed. R. Crim. P. 48(a). (Doc. No. 9).

**IT IS ORDERED** that the Government's motion is **GRANTED** and the Indictment against Walter Eubacka Boyd is dismissed without prejudice.

Signed: September 14, 2012

Robert J. Conrad, Jr.
Chief United States District Judge